AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
South Carolina

United States of America
v.

JESUS YOSMANY WILSON LOMBIDA

*Defendant(s)*

Case No. 2:21-mj-54

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 1, 2021__ in the county of __Berkeley__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), (b)(1)(A) | PWID 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as "fentanyl") |

This criminal complaint is based on these facts:

See Attached Affidavit for the Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Robinson, SA HSI /DEA Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 2, 2021

_____
Judge's signature

City and state: Charleston, SC

Mary Gordon Baker, Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

### INTRODUCTION

I, BRIAN ROBINSON, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, declare and state:

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7)—that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent with U.S. Customs/HSI since February 2003 and am currently assigned to the Drug Enforcement Administration (DEA) Task Force in Charleston, South Carolina. Prior to my employment with HSI, I was employed as a law enforcement officer in Cobb County, Georgia, for over three years and was assigned to the Marietta/Cobb/Smyrna Narcotics Task Force (MCS Narcotics) for more than two years. While with MCS Narcotics, I conducted and/or participated in numerous drug and money laundering related investigations. Since being assigned to the HSI Charleston office, I have primarily conducted investigations involving the illegal importation and distribution of narcotics, and weapon and money laundering violations and, among other things, have conducted or participated in surveillance, the execution of search warrants, debriefings of informants, reviews of recorded conversations, and have conducted or participated in investigations that included the interception of electronic communications. I have written and submitted to the Court numerous affidavits in support of arrest warrant, search warrants, pen registers, Title-III wire intercepts, and electronic tracking device (ETD) warrants. I have served as the lead case agent during numerous

wiretap investigations. I have received additional training in these investigations from the DEA, Internal Revenue Service (IRS), and other federal and state government agencies. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, the methods of payment for such drugs, the laundering of drug proceeds, and the terminology and coded language used by drug traffickers.

2.  I have personally participated in the investigation of the offenses described below. Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by Special Agents of HSI and DEA and other law enforcement officers who have assisted in the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another special agent or law enforcement officer, to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are referenced in substance and in part, unless otherwise indicated. Similarly, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my personal observations but rather may also be observations provided directly or indirectly by, and/or through other Special Agents of HSI or DEA or other law enforcement officers who conducted such surveillance.

3.  This Affidavit does not include all the facts known to me regarding this investigation, only those sufficient to establish probable cause that Jesus Yosmany WILSON LOMBIDA has committed the following violations of federal law: possession with intent to distribute more than 400 grams of fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## JUNE 1, 2021 SEIZURE OF FENTANYL

4.     On June 1, 2021, South Carolina Highway Patrol Lance Corporal Donahue was conducting stationary traffic enforcement on Henry Brown Blvd. in Hanahan, SC. Lance Corporal Donahue observed a 2021 Nissan Altima traveling above the posted speed limit and failing to maintain lane while traveling on Henry Brown Blvd in Berkeley County, SC. Lance Corporal Donahue conducted a traffic stop of the Nissan Altima operated by Jesus Yosmany WILSON LOMBIDA. During the course of the traffic stop, WILSON LOMBIDA stated that he lived in Gastonia, NC and had recently purchased the vehicle which explained the North Carolina temporary license plate displayed. WILSON LOMBIDA stated he was responsible for everything in the vehicle. WILSON LOMBIDA claimed to be traveling to Goose Creek, SC to buy a car but did not have the address where he was travelling or much information about the vehicle for sale. Furthermore, no one was travelling with WILSON LOMBIDA to drive the new vehicle if he decided to make the purchase. WILSON LOMBIDA consented to a search of his vehicle. During the search, Lance Corporal Donahue discovered the air filter had been removed from the air intake of the vehicle. Inside of the air intake, Lance Corporal Donahue located 2 kilogram bricks in a vacuum sealed bag. The vacuum sealed bag also contained what appeared to be crushed red pepper used as a masking agent. A field test of the 2 kilogram bricks indicated that each brick is fentanyl.

5.     WILSON LOMBIDA was born in Cuba and is a naturalized US citizen living in North Carolina. A review of WILSON LOMBIDA's criminal history revealed a conviction in Freeborn County, MN in 2010 for the sale of cocaine. WILSON LOMBIDA conducted the sale of cocaine on multiple occasions to an undercover officer and offered

to sell the undercover officer a kilogram of cocaine for $23,000. WILSON LOMBIDA was sentenced to 86 months imprisonment.

## CONCLUSION

6.    Based on the forgoing, I submit there is probable cause to believe that Jesus Yosmany WILSON LOMBIDA is in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) in that he possessed with the intent to distribute a controlled substance, that is more than 400 grams of fentanyl.

7.    Based on the foregoing, I respectfully request this Court to issue a Criminal Complaint and Arrest Warrant for Jesus Yosmany WILSON LOMBIDA.

Assistant United States Attorney Jamie Schoen has reviewed this Affidavit.

_____
Brian Robinson
Special Agent

SWORN TO AND SUBSCRIBED before me
this 2nd day of June 2021.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE